No. 73–1855. SISCA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 73–2023. COUNTY OF SAN DIEGO ET AL. *v.* RINCON BAND OF MISSION INDIANS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 